THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _____ D.C.
JAN 26 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Jaspal Singh Hare,

*Plaintiff*,

v.

Does 1 to 100+, *et al.*

*Defendants*.

Civil Action No.: **1:25-cv-25793-EAL**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jaspal Singh Hare ("Plaintiff") hereby gives notice that the above-captioned action is voluntarily dismissed (as to all Defendants), without prejudice. No Defendant has filed an answer or motion for summary judgment, and this action is not subject to Rules 23(e), 23.1(c), 23.2, and 66 of the Federal Rules of Civil Procedure, nor any federal statute which would preclude the dismissal of this action under Rule 41(a)(1)(A)(i).

DATED:

1/26/2026

Respectfully submitted,

By: */s/ Jaspal Singh Hare*

JASPAL SINGH HARE (*pro se*)
Jaspal@SinghHare.com

For Plaintiffs JASPAL SINGH HARE