UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-25793-LETT

JASPAL SINGH HARE,

Plaintiff,

v.

DOES 1 TO 100, *et al.*,

Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Dismissal Without Prejudice, (the "Notice"), [ECF No. 21].

Having reviewed the Notice, the record, and being fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that this case is **DISMISSED** *without prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 30th day of April, 2026.

*Enjoliqué A. Lett*
_____

**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

cc:  All Counsel of Record